UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-04525 JAK (PVCx) | Date | June 3, 2020 |
| Title | Jane Doe v. Gavin Newsom, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE PLAINTIFF'S REQUEST FOR PROTECTIVE ORDER AND TO PROCEED UNDER A PSEUDONYM (DKT. 3)

Based on a review of the Request for Protective Order and to Proceed Under a Pseudonym ("Request" (Dkt. 3)), sufficient good cause has been shown for some of the requested relief. Based on an initial assessment of the factors adopted in the Ninth Circuit to determine whether a plaintiff may proceed anonymously, providing leave to do so here would appear to protect her privacy interests as a victim of sexual assault, and would not unduly undermine the public's interest in understanding the issues presented by this action. *See Doe v. Kamehameha Schs./Bernice Pauahi Bishop Estate*, 596 F.3d 1036, 1042 (9th Cir. 2010) (citing *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068-69 (9th Cir. 2000)). This determination has been made prior to the service or appearance of the Defendants in this action. Accordingly, it may be reconsidered later in the proceedings based on objections and supporting information provided by Defendants.

For these reasons, and subject to the stated limitation, the Request is **GRANTED IN PART** as follows:

1. Plaintiff may proceed in this action under a pseudonym; and
2. All filings that contain Plaintiff's true name, contact information or personally identifiable information shall be filed under seal, pursuant to applications for leave to file under seal that comply with L.R. 79-5.2.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | cw | |