# EXHIBIT 31

(Case No. 2:20-cv-04525)

Tate: Okay, ma'am, I want you to know I'm going to be recording the interview. Is that okay with you?

**PLAINTIFF**: Yeah. So when I met him, I used my English name, XXX.

Tate: XXX. XXX what? The same last name?

**PLAINTIFF**: Yeah.

Tate: Okay, so your last name is XXX?

**PLAINTIFF**: No. XXX.

Tate: Oh, I'm sorry, Doe. But your first name is, can you say?

**PLAINTIFF**: XXX.

Tate: XXX? Can you pronounce it?

**PLAINTIFF**: XXX.

Tate: Okay, I'm sorry. Birthday. Your birthday is XXXXXX.

**PLAINTIFF**: Yes.

Tate: And you live in XXXX City of El Monte?

**PLAINTIFF**: Yeah.

Tate: Okay. Today's date is June 7, 2019. It's approximately 08:30 hours. And this is reference case number 19-024117. Now can we start from the beginning again and can you tell me what you're here to report and what happened from the beginning? How you met him, what his name is.

**PLAINTIFF**: (01:35) His name is Charlie. Charlie Suarez.

Tate: He was Hispanic?

**PLAINTIFF**: He's Latino.

Tate: Okay. How old is he?

**PLAINTIFF**: 33.

Tate: 33? Do you know his birthday?

**PLAINTIFF**: No.

Tate: Okay. Okay. Thank you. And let's start from the beginning. How did you meet Charlie?

**PLAINTIFF**: I know where he works.

Tate: Okay. How did you meet Charlie?

**PLAINTIFF**: April 1st.

Tate: Okay.

**PLAINTIFF**: He messaged me first.

Tate: On what?

**PLAINTIFF**: Uh, through a mobile app "wechat".

Tate: Wechat? Okay.

**PLAINTIFF**: So we started talking. Our conversation was pretty basic. Um, we talked about, uh, hobbies, and our favorite drinks, things like that. So April 5, April 1st is a Monday. So we talked a few days. A few days later. Uh, on Friday.

Tate: Also through WeChat?

**PLAINTIFF**: Yes.

Tate: Okay.

**PLAINTIFF**: Um, Friday he asked me out for dinner.

Tate: Okay. That would be Friday the fifth ma'am?

PLAINTIFF: Yeah.

Tate: Okay. Friday, April 5th.

PLAINTIFF: Yeah. So 6:00 PM we met at the restaurant.

Tate: What restaurant?

PLAINTIFF: Ocean Bo.

Tate: Ocean Bo, okay.

PLAINTIFF: In El Monte.

Tate: Where is that? On Garvey?

PLAINTIFF: Peck road.

Tate: Peck road. And what?

PLAINTIFF: I don't know.

Tate: (03:23) Okay. You met there for dinner?

PLAINTIFF: Yes.

Tate: Okay. You drove there and he drove there?

PLAINTIFF: Yes.

Tate: Okay

Tate: (03:31) Go ahead ma'am.

PLAINTIFF: (03:32) So, um, we had a two hour dinner, uh, eight o'clock after dinner. We both went home.

Tate: Okay.

PLAINTIFF: So after I got home, he messaged me, because over the dinner we talked about alcohol. So he messaged me like, um, talking about alcohol made him want to drink. So (04:00)

PLAINTIFF: (04:03) I, um, because after I got home, I, I have some wine leftover, so I, I poured myself a, a glass of wine.

Tate: Okay.

PLAINTIFF: So I told him I just poured a glass of wine. I, I didn't invite him. Whatever. I just told him

Tate: That you had poured yourself a glass of wine.

PLAINTIFF: At home? Yeah.

Tate: Okay.

PLAINTIFF: And that's it.

Tate: Eight o'clock?

PLAINTIFF: (04:28) Uh, I can check.

PLAINTIFF: (04:54) Around eight, 8:27.

Tate: Okay. So around 8:27.

PLAINTIFF: 8:27, I messaged him, I just poured myself a glass of wine.

Tate: Okay, ma'am, real quick. Um, did you drink any alcohol at the dinner?

PLAINTIFF: At the dinner? No.

Tate: Okay. Did he drink any alcohol at the dinner?

PLAINTIFF: No.

Tate: Okay. Go ahead. And then, uh, after you messaged him, you said you poured yourself a glass of wine.

You told him and then what happened?

PLAINTIFF: And he invited himself to come over.

Tate: Okay. So he invited himself to come over. How did he get your address?

PLAINTIFF: I gave him my address.

Tate: Okay. So he came over and then what happened?

PLAINTIFF: Uh, he said he can bring Japanese whiskey and Spanish wine.

Tate: Okay. So Spanish wine. And what else? Jack Daniels whiskey?

PLAINTIFF: Japanese, Japanese whiskey.

Tate: Okay. Japanese whiskey.

PLAINTIFF: And Spanish wine.

Tate: Okay. So did he bring Japanese whiskey and Spanish wine?

PLAINTIFF: Yes.

Tate: Okay. And when he came, what time was that about? When he came over to your house?

PLAINTIFF: (05:59)Uh, 9:20

Tate: (06:02) 9:20 PM.

PLAINTIFF: Yeah.

Tate: Okay.

PLAINTIFF: He got there at 9:20 PM. I didn't let him in, so I suggested to go somewhere, like a hilltop. To look over the city.

Tate: To the view.

PLAINTIFF: Yeah.

Tate: Okay. So you guys went in his car?

PLAINTIFF: (06:24) Yes, he drove us around and we ended up in Montebello.

Tate: (06:31) Okay. And how many glasses of wine have you had by then? Just one?

PLAINTIFF: Just a little bit. Just leftover. Just a sip.

Tate: And when he came back to your house, was he drunk? (When he) picked you up to go for the Hilltop?

PLAINTIFF: No.

Tate: Okay. He was not drunk. Okay.

PLAINTIFF: (06:48) No. So, um, we ended up in Montebello, so we started drinking whiskey in his car.

Tate: (07:00) Okay. You drink and he drink?

PLAINTIFF: Yeah, we constantly drink.

Tate: Okay. And you wanted to drink, you wanted to drink?

PLAINTIFF: Yeah.

Tate: It's not like he forced you?

PLAINTIFF: He didn't force me.

Tate: Okay. So you both drank whiskey. Go ahead ma'am.

PLAINTIFF: (07:14) He just kept pouring me whiskey, so I just drank.

Tate: Okay.

PLAINTIFF: So around 11, I guess. Um, he took me back to El Monte and he parked somewhere close to my house and after he parked he opened a bottle of wine.

Tate: Okay.

**PLAINTIFF**: So we continued to drink in his car.

Tate: (07:45) Okay. And when you got back to El Monte to the area where you live close by, were you drunk?

**PLAINTIFF**: A little bit. Just a little bit.

Tate: Okay. Okay. And he was also a little drunk?

**PLAINTIFF**: No.

Tate: Okay. He was not drunk?

**PLAINTIFF**: He wasn't.

Tate: Even though he was drinking whiskey earlier?

**PLAINTIFF**: (08:03) Because, um, he messaged me before he came over. Uh,

Tate: (08:13) what I'm referring to, ma'am, is when you were at the Hilltop, was he drinking there, you said yes. Right?

**PLAINTIFF**: Yeah.

Tate: Okay. But he wasn't drunk?

**PLAINTIFF**: No, because he messaged me. (08:24) Uh, "It takes a lot to get me drunk".

Tate: Okay. Okay. But from what you observed, you didn't observe him acting drunk?

**PLAINTIFF**: No.

Tate: Or do you remember? Okay, so then you parked near your house somewhere, you're not exactly sure where, right.

**PLAINTIFF**: (08:41) Mmm.

Tate: (08:42) When he brought you back from the Hilltop viewing?

**PLAINTIFF**: Yeah, I know. I knew

Tate: Where he parked you?

**PLAINTIFF**: Yeah.

Tate: Where were you parked?

**PLAINTIFF**: On Dee Avenue?

Tate: Okay, Dee and Garvey or Dee?

**PLAINTIFF**: Dee and Garvey. Dee and Magnolia?

Tate: Okay. Yeah. Okay. And then what happened?

**PLAINTIFF**: Uh, he opened a bottle of wine and we continued to drink in his car.

Tate: (09:07) Okay. Then what happened?

**PLAINTIFF**: So after the wine's done, I went home, grabbed a bottle of water and went back to his car.

Tate: Okay. And how did you get from Dee and Magnolia to your house?

**PLAINTIFF**: Walk.

Tate: Across the streets right there near your house?

**PLAINTIFF**: Yeah.

Tate: Did you just walk into your house?

**PLAINTIFF**: Yeah.

Tate: And he stayed in the car?

PLAINTIFF: (09:33) Uh, he stayed outside.

Tate: Okay. But he walked by you?

PLAINTIFF: Yes, he walked me to my house. He waited outside of my house.

Tate: Okay.

PLAINTIFF: I grabbed a bottle of water and we went back to his car.

Tate: Okay. And what happened back in his car.

PLAINTIFF: That's my last memory.

Tate: Okay. Did you ever kiss?

PLAINTIFF: Yes.

Tate: Okay. And, uh, where, where was that? Was that at the Hilltop? Was that, um, dinner, was that, uh, when you were back in the car, do you remember?

PLAINTIFF: I remember we kissed, but I don't remember where.

Tate: Okay. Okay. So that was the last memory you had and then somehow you passed out is what you're saying?

PLAINTIFF: Yes.

Tate: Okay. And tell me what happened when you woke up and where you woke up and what you had just told me.

PLAINTIFF: (10:51) So I, the next thing I remember is I woke up in a motel.

Tate: Okay. Do you remember what time that was?

PLAINTIFF: Probably around eight.

Tate: In the morning.

PLAINTIFF: I'm not sure.

Tate: Okay.

PLAINTIFF: It's just my guess.

Tate: Okay.

PLAINTIFF: (11:18) Mmm, my vagina burn. It's burning.

Tate: Okay.

PLAINTIFF: I was confused.

Tate: Okay.

PLAINTIFF: I didn't know what to do. I didn't confront him. Because um

Tate: Okay, but tell me, and I'm going to interrupt you here real quick. When you woke up, you said your vagina burned. You were confused. Were you completely naked?

PLAINTIFF: Yes.

Tate: Okay. And who was lying in bed with you next to you?

PLAINTIFF: Charlie.

Tate: Okay. So Charlie was there, was he asleep?

PLAINTIFF: (11:51) Mmm, I think when I woke up we woke up the same time.

Tate: I see. Okay. And what happened when you woke up?

PLAINTIFF: (12:03) Mm, I found out I was naked and uh, and my vagina is burning.

Tate: (12:15) Okay. So then tell me, you said you had sex again?

Transcript of interview on June 7, 2019 conducted at EMPD  Page 5 of 11

**PLAINTIFF**: Yes.

Tate: Okay. And tell me how, did you give consent?

**PLAINTIFF**: I didn't verbally give consent, but uh, I just didn't say no because I was still drunk.

Tate: Okay. But did he force you to have sex with him?

**PLAINTIFF**: He didn't force me, but I didn't say

Tate: You didn't say no?

**PLAINTIFF**: I didn't. I didn't say yes. I didn't say no.

Tate: Okay.

**PLAINTIFF**: Um, cause it's, I don't, I don't know how to explain.

Tate: You told me, you said you felt bad.

**PLAINTIFF**: I felt bad. Yeah. I …

Tate: Tell me about that.

**PLAINTIFF**: I, I, I was blaming myself because it's not my character to have sex with a guy I just met.

Tate: On the first night.

**PLAINTIFF**: A few hours ago.

Tate: Got it. Okay.

**PLAINTIFF**: So there's a lot spinning in my head.

Tate: Okay.

**PLAINTIFF**: So I didn't know what to do. He wanted to have sex again. I just let him do it. Let him do it. I don't know.

Tate: That's okay. How drunk were you in the morning do you think? A little bit? A lot? Like the night before, just approximately.

**PLAINTIFF**: (13:49) I was still drunk. I, even when he took me back home, I couldn't remember where the motel is.

Tate: Okay, so you woke up and then you were still drunk and you had sex with him, but you didn't say no. And he didn't force himself upon you?

**PLAINTIFF**: No.

Tate: Okay. When you had sex in the morning, was it oral with your mouth or his mouth?

**PLAINTIFF**: No. Vagina sex.

Tate: Vagina, vagina, sex, intercourse. And that was it. Okay, so then correct it was that.

**PLAINTIFF**: Yeah.

Tate: Okay. And then he took you home, you said? Or did you drive yourself home?

**PLAINTIFF**: No, I didn't drive.

Tate: Okay. Oh, that's right. Cause he was in your car. You were in his car?

**PLAINTIFF**: Yeah.

Tate: Okay. So he took you home and he dropped you off at home?

**PLAINTIFF**: Yeah.

Tate: Okay, but you don't know what hotel that was at or what motel?

**PLAINTIFF**: No.

Tate: Do you remember what street?

**PLAINTIFF**: No.

Tate: Okay. And when he dropped you off at home, what happened?

**PLAINTIFF**: Uh, we kept talking

Tate: How?

**PLAINTIFF**: Messaging.

Tate: Messaging?

**PLAINTIFF**: Yeah, we kept messaging each other.

Tate: Okay. After he dropped you off, did he drop you off and then go home?

**PLAINTIFF**: Yeah.

Tate: Okay. So he literally just dropped you off?

**PLAINTIFF**: Yeah.

Tate: Like five minutes type of thing. Like gnite or goodbye?

**PLAINTIFF**: Yeah.

Tate: Okay. And then you continue, you continue to message you, you messaged him?

**PLAINTIFF**: Yeah.

Tate: Right after?

**PLAINTIFF**: (15:25) Uh, not right after.

Tate: Okay.

**PLAINTIFF**: Probably a while later.

Tate: Okay. Later in the day?

**PLAINTIFF**: Yeah. At 10:11 AM

Tate: Okay.

**PLAINTIFF**: We started messaging again.

Tate: Okay. (15:44) And was that messaging about going on another date or?

**PLAINTIFF**: (15:49) Oh, just messaging about his YouTube channel. So Saturday, Saturday, 5:57 PM I told him I finally recovered from the alcohol.

Tate: Okay.

**PLAINTIFF**: So before that I was still drunk.

Tate: Okay. **So I have a question for you, ma'am. What brings you here today?**

**PLAINTIFF**: Because at the time I didn't know, uh, that's a rape technically, even though we were dating.

Tate: And you were drunk.

**PLAINTIFF**: Yeah.

Tate: Okay.

**PLAINTIFF**: I, **I didn't know where I was, what I was doing**. And it's not my character to have sex with somebody that I just met a few hours ago. I had sex in the morning because I was confused. So it's pointless to refuse to have sex with him because we already had sex. So **having sex with him is not, (what) I wanted to do, I was just, I don't know how to say. I was just**.

Tate: (17:38) However you want to express yourself is fine.

**PLAINTIFF**: I don't know how to express.

Tate: Are you ashamed?

**PLAINTIFF**: Yeah.

Tate: Okay. Are you embarrassed? Is that, or are you mad or do you think that you shouldn't have passed out?

**PLAINTIFF**: (17:54) I shouldn't have drunk that much.

Tate: Okay. And just to make sure he did not force you to drink, correct?

**PLAINTIFF**: He didn't.

Tate: Okay. He didn't did not?

**PLAINTIFF**: He did not force me, but he just kept pouring me alcohol.

Tate: And you kept drinking alcohol.

**PLAINTIFF**: Yeah.

Tate: Okay. Um, do you, (18:17) have any doubts that he did anything else when he poured your alcohol and give it to you? Did you ever see him put anything in your drink?

**PLAINTIFF**: No.

Tate: No. Okay. What about anything in your food when you had dinner?

**PLAINTIFF**: (18:36) I don't think. I don't think he put anything in the food.

Tate: Either. Okay. Um, do you still talk to him?

**PLAINTIFF**: Right now? No.

Tate: When did you stop talking to him?

**PLAINTIFF**: Um, May, May, um, the first, the first, um, the first Friday of May.

Tate: Okay. Let me look at my calendar. (19:07) The first Friday of May is May 3rd. So you stopped talking to him then?

**PLAINTIFF**: Um

Tate: Okay. And the conversations after, were they friendly? Were they just between you and him? Personable? Uh, there was no threats or anything?

**PLAINTIFF**: Threat?

Tate: Yes. As in like, you need to have sex with me again or?

**PLAINTIFF**: No.

Tate: Nothing like that? It was just friendly.

**PLAINTIFF**: No, not friendly.

Tate: Not friendly? What were they? Did he want to go out again with you?

**PLAINTIFF**: (19:44) Before May 3rd? Yes.

Tate: Okay. Not anymore.

**PLAINTIFF**: Not anymore.

Tate: (19:49) Did you tell him to stop talking or did you just end it or did he end it? The conversations?

**PLAINTIFF**: (19:55) Mmm, so the second week, the second, um, because he didn't spend weekend with me. So, um, we had, we had a fight, not a fight, argument about spending time over the weekend.

Tate: Okay.

**PLAINTIFF**: Um, so I told him I don't want to date a guy that who's, who's not spending time with me over the weekend. So basically we broke up

Tate: Together.

**PLAINTIFF**: Huh?

Tate: Together? You broke up, meaning you wanted to break up and he wanted to break up.

PLAINTIFF: The first time I wanted to break up.

Tate: This argument that you had, was it via texting?

PLAINTIFF: Yes.

Tate: Everything has been through "wechat"?

PLAINTIFF: Yes.

Tate: Okay. That's okay. You don't have to be specific to an exact date. So you stopped talking on May 3rd. That's it. Done right?

PLAINTIFF: No, before May 3rd we stopped talking for a week.

Tate: Okay. But then you started talking again?

PLAINTIFF: Yes.

Tate: And the last time you've stopped talking to him since then? Since forever was May 3rd.

PLAINTIFF: No.

Tate: Okay. When was that?

PLAINTIFF: (21:34) May 30.

Tate: May 30. Okay. So just a couple, like a week ago or so?

PLAINTIFF: Yeah.

Tate: Okay. And you said his name is Charlie and what's his last name?

PLAINTIFF: S U A R E Z.

Tate: S U A R E Z. Suarez? And he's Hispanic and he's 33 years old about? Correct?

PLAINTIFF: Yeah.

Tate: Do you know anything else about him?

PLAINTIFF: I know where he works.

Tate: Or does he work?

PLAINTIFF: He lives in Arcadia and works. He works at G and G armaments.

Tate: Ornament?

PLAINTIFF: Armament.

Tate: What city? Do you know where that is?

PLAINTIFF: In South El Monte.

Tate: Okay. Okay. And what do you do for work?

PLAINTIFF: I'm out of work.

Tate: Okay. What do you do for work when you do work though?

PLAINTIFF: I work in finance.

Tate: Okay. Finance. So like bank stuff.

PLAINTIFF: Uh, uh, corporate finance.

Tate: Okay.

Tate: (23:00) So you do finance and you're unemployed.

PLAINTIFF: So the first time I broke up with him was on April 22nd.

Tate: Okay.

PLAINTIFF: And then he started messaging me again on April 30th.

Tate: 30th. Okay.

**PLAINTIFF**: So we made plans to get together on, uh, May 3rd.

Tate: Okay.

**PLAINTIFF**: So, uh, he asked me to book a hotel on May 3rd.

Tate: Okay.

**PLAINTIFF**: I told him, after I told him I booked a hotel in downtown LA, he brought up a lot of very weird sexual stuff.

Tate: Okay. So you did book a hotel?

**PLAINTIFF**: I didn't book the hotel.

Tate: Okay.

**PLAINTIFF**: **Because I didn't want to have sex with him**.

Tate: Okay. And so you never met him again?

**PLAINTIFF**: I did. I did meet him for dinner on May 3rd.

Tate: On May 3rd. Okay.

**PLAINTIFF**: But after dinner he went to the hotel and I went home. He thought I booked the hotel.

Tate: He thought you booked. Did you book it?

**PLAINTIFF**: No. No.

Tate: He booked it?

**PLAINTIFF**: No.

Tate: So then how do you know he went to the hotel?

**PLAINTIFF**: He texted me. He messaged me.

Tate: That he went to the hotel to come over? Did he ask you to come over to the hotel?

**PLAINTIFF**: (24:56) Um, no. He asked me to book the hotel.

Tate: Correct.

**PLAINTIFF**: So after dinner he thought I booked the hotel and he went to the hotel and he thought I would drive to the hotel, but I didn't go to the hotel. I went home straight after dinner.

Tate: Okay. Um, so since then you have not seen him anymore?

**PLAINTIFF**: No.

Tate: Correct?

**PLAINTIFF**: No.

Tate: Okay. Do you have anything else that you need to tell me?

**PLAINTIFF**: Um, he admitted. What I told you that is not the directly. I can show you. This is a little bit embarrassing, so.

Tate: It's okay. I can see it. And what you're showing me is that text via,

**PLAINTIFF**: So he said, **"I felt like you were a Virgin"**.

Tate: **And I was stretching you out.**

**PLAINTIFF**: Yes. **That's what he's talking about the first time we had sex when I passed out, because if I was ready for sex or if I was aroused, there's no way he felt he's stretching me out.**

Tate: (26:46) Okay. And then this text, I see that you texted "you fuck Asian before?" and he said no, and then you say, and "like I told you I hadn't had sex for four years until I met you". "That's why I was tight."

And so then he says, "so maybe it won't be tight after I keep fucking you". And then he says we can do anal. Uh, "so it'd be tight and give your pussy some rest". "Haha." And then you said, "okay." And then he said "good night" and then you said "can't wait to kiss you tomorrow". And that's it for that day. Correct? I was just reading off of the text.

**PLAINTIFF**: No, not just that day.

Tate: Well I know there's more, but

**PLAINTIFF**: Yeah.

Tate: Okay. Okay. Um, okay.

**PLAINTIFF**: So he basically admitted that he had sex with me when I passed out.

Tate: Okay.

**PLAINTIFF**: When I was not ready for sex.

Tate: Okay. Okay, ma'am. So what I'm going to do is I'm going to give you your ID back. I'm going to give you the report number for this, and this'll end the report or a correction, not, um, recording of the audio with me and Cardi 08:56 AM.

**PLAINTIFF**: There's more. When I confronted him (28:03) I confronted him why he had sex with me (and why) when I was drunk, he didn't deny.

Tate: (28:17) Okay. Okay, ma'am. And you don't remember what motel and you don't remember what street?

**PLAINTIFF**: No.

Tate: Okay. And could you go back to the same place if you know, I need you to say no.

**PLAINTIFF**: No.

Tate: Okay. Okay. This is my recording at 08:56 hours.