# EXHIBIT 35

(Case No. 2:20-cv-04525)

Transcript of phone conversation between Plaintiff and JUNE CHUNG (Los Angeles County DA's office) on Aug 23, 2019

Plaintiff: [00:00:00.1] Hello.

Chung: Hi. Is this XXX?

Plaintiff: [00:00:02.8] Yes.

Chung: This is June Chung with the DA's office returning your call regarding why we declined your claim.

Plaintiff: [00:00:07.9] Yes.

Chung: You want to know why the case was declined?

Plaintiff: [00:00:11.9] Yes,

Chung: Unfortunately, this ultimately ended up being he said she said. And the case that's active against you in Santa Ana affects your credibility. It makes it very difficult to prove beyond a reasonable doubt. Our case is not filed unless we have reasonable, ur, we have to believe we can prove beyond a reasonable doubt in court.

Plaintiff: But the case in Santa Ana is not related.

Chung: It may not be related but because there is a prior case against you over there affects your credibility.

Plaintiff: [00:00:48.0] Then, then I can be raped by anybody.

Chung: That's not the case. So, in this case because it is he said she said I need some corroboration. I need to make your statement more credible than his. I don't have that. On top of that where I have the Santa Ana case, again, affects your credibility. So that's why the case was declined.

Plaintiff: [00:01:13.4] The case in Santa Ana is malicious prosecution.

Chung: [00:01:18.4] I don't know all the facts of Santa Anna case thing and I was not the DA there. However, the bottom line is even, let's say the Santa Ana case didn't exist, I would still have what a he said she said case. It's very difficult to prove the case to the jury beyond a reasonable doubt in any way. I'm saying the Santa Ana case makes it basically impossible to file.

Plaintiff: The offender already confessed.

Chung: I did not see anything that came close to what we considered a confession.

Plaintiff: [00:01:47.9] He said he's stretching me out.

Chung: [00:01:52.1] I understand that you indicated you thought that was a confession. Unfortunately that does not qualify the confession in a sex crime case.

Plaintiff: [00:02:01.5] But why did he stretched me out? I was unconscious.

Chung: I understand that your allegation. You also voluntarily consumed alcohol, correct?

Plaintiff: [00:02:15.8] But that's not my fault.

Chung: Right, that's not your fault. Drinking alcohol is not someone can have sex with you. However there is a big distinction between drinking alcohol then losing your memory versus drinking alcohol someone taking advantage of you. I saw no evidence here that I can prove he took advantage of the fact you were drinking. I need to be able to prove the case in court in order to file charges.

Plaintiff: [00:02:45.5] Can I speak with a supervisor?

Chung: Sure, I will forward your message to our supervisor and have her call you.

Plaintiff: Okay. Thank you.