# EXHIBIT 38

(Case No. 2:20-cv-04525)

Transcript of phone conversation between Plaintiff and PETER CAGNEY, KAREN THORP, and JUNE CHUNG (Los Angeles County DA's office) on Jan 7, 2020

Plaintiff: (00:00) Hello.
CAGNEY: (00:02) Good morning. Is this XXX?
Plaintiff: (00:04) Yes, speaking.
CAGNEY: (00:06) Good morning. This is Peter Cagney from the district attorney's office.
Plaintiff: (00:09) Oh, good morning. How are you?
CAGNEY: (00:11) I'm good. You're on speaker phone and I have Deputy June Chung and Assistant Head Deputy Karen Thorp on speaker phone as well.
Plaintiff: (00:20) Oh, okay.
CAGNEY: (00:22) Um, I made a decision last week, but I had time off and I just got busy, so I'm sorry, but listen, I have reviewed all the texts, I've listened to the interview with the detective or officer. I just don't feel that we can prove this case beyond a reasonable doubt. So the district attorney's office is not going to be filing the rape charge.
Plaintiff: (00:48) Okay.
CAGNEY: (00:49) Okay. I'm very sorry. I know this is very important to you. It's very important to us, but we have to go based on the evidence and be able to prove it beyond a reasonable doubt. I'm not saying that you weren't raped, but we do have to be able to prove it.
Plaintiff: (01:07) What's the reason?
CAGNEY: (01:09) Because there's insufficient evidence to prove that it happened beyond a reasonable doubt.
Plaintiff: (01:15) But insufficient evidence is not a reason.
CAGNEY: (01:21) That's the, that's the legal reasoning that we use in every case where we declined to file cases.
Plaintiff: (01:29) but not, that's not a detail reason.
CAGNEY: (01:33) Well, there is no corroboration. You had sex with him after. The fact that you were in contact with him, uh, delayed reporting those are all individual factors that I considered, uh, in reaching my conclusion that we can't prove it beyond a reasonable doubt.
Plaintiff: (01:54) But that's common victim response because when I woke up, I didn't realize that's a crime.
CAGNEY: (02:02) I understand that.
Plaintiff: (02:06) An expert can explain.
CAGNEY: (02:09) Yes, I understand where you come from. I read all your emails, but it's not that black and white like you present it. It's just not, well, listen, let me, I'm going to let you go. I really recommend that you contact that victim support person who came to the office. Um, and I wish you the very best.
Plaintiff: (02:43) Okay.
CAGNEY: (02:45) Okay. Have a nice day.
Plaintiff: (02:46) Thank you.

**1 / 1**