# EXHIBIT 42

(Case No. 2:20-cv-04525)

Transcript of phone conversation between Plaintiff and Detective RENELLE-REY VALEROS (Concord Police Department) on Dec 12, 2019

Plaintiff: (00:00) Hello?
Valeros: (00:02) Can I speak with XXX?
Plaintiff: (00:05) Yes. Yeah.
Valeros: Do I pronounce right?
Plaintiff: Yeah.
Valeros: (00:09) Hi, this is Detective Valeros with Concord police.
Plaintiff: (00:12) Oh, hi. Good morning.
Valeros: (00:14) Good morning. A reason why I'm calling you is regarding the report you reported. You have time to talk?
Plaintiff: (00:21) Yes.
Valeros: (00:22) Okay. So **are you still living in Southern California**?
Plaintiff: Yeah.
Valeros: Okay. So could you tell me a little bit about this case or how did you, do you still talk to Edward?
Plaintiff: (00:38) I never talked to him for like, since 2014.
Valeros: (00:45) You never talked to him since 2014. Okay. As these phone numbers that are here, that are his numbers?
Plaintiff: (00:54) I'm not sure.
Valeros: (00:55) You are not sure. How did you guys meet?
Plaintiff: (00:58) Oh, we met online.
Valeros: (01:02) You met online?
Plaintiff: Yeah.
Valeros: And when was the last time you saw him back in 2014?
Plaintiff: (01:07) uh, August. Yeah, in August.
Valeros: (01:15) Okay. So what are you trying to prosecution for court? Have him arrested? **Is that your ultimate goal or what do you want on that**?
Plaintiff: (01:28) Yeah, prosecution.
Valeros: (01:29) Okay. So I'm going to probably give him a call, see if he can come into the station and see if I can get a statement from him. Being the fact that this happened five years ago. It may be kind of tough to go all the way to prosecution. But do you know of **any witnesses or anybody saw that's happening**?
Plaintiff: (01:58) No, but he admitted it himself.
Valeros: (02:02) What was that?
Plaintiff: (02:04) He admitted it himself.
Valeros: (02:07) Is it on the text messages?
Plaintiff: (02:11) Yeah, Facebook message.
Valeros: (02:13) Okay, so **the only issue** that we may have with that is we can't prove that it was him who was texting, does it make sense? That's probably he's going to say. What happens is that I would talk to him and see if I can get him to admit as to what happened.
Plaintiff: (02:34) How can he deny? The person who's typing the message is not him.
Valeros: (02:43) Yep. That's what they, that's what we just have to prove that it was him
Plaintiff: (02:52) Because it's from Facebook. It's from his account.

Valeros: ([02:57](#)) I know, but anybody can go on facebook and type anything.

Plaintiff: ([03:02](#)) But it's a flow. It's not just one message or two messages. It's a flow.

Valeros: ([03:09](#)) yeah, I have those messages and I'm going to copy it. What I will do is I can give that copy along with his statement and your statements to district attorney. I just want to let you know that it may be tough for us to move forward with it, but I still will try and do so.

Plaintiff: ([03:24](#)) Because there's no statute of limitations for prosecution.

Valeros: What was that?

Plaintiff: There's no statute of limitations for prosecution.

Valeros: ([03:35](#)) I know, I know that. There's no limitations. What I'm saying is what we need to do is be able to prove that that was him.

Plaintiff: ([03:45](#)) Yes. You have my testimony and you have the text messages and my testimony can be corroborated by the, yeah.

Valeros: ([03:59](#)) Yes, yes. That's what I'm saying. I'm just saying, I'm not saying we're not going to try. I said it may be difficult, so that's why I'm saying as far to prepare you for that.

Plaintiff: ([04:12](#)) I understand. Yeah.

Valeros: ([04:16](#)) Okay? Can I, did you need it? Can I get your phone number to someone? We have a victim advocate who can help, like they can help with resources that's available to you. Is that something that you are interested in?

Plaintiff: ([04:32](#)) yes. Yes, please. Yeah.

Valeros: ([04:36](#)) Okay. I will. I'll give them, I'll have them give you a call. Okay. In the meantime I'm going to try and contact this guy and see if he can make a statement with this. Okay?

Plaintiff: ([04:50](#)) Okay. Thank you so much.