# EXHIBIT 45

(Case No. 2:20-cv-04525)

Transcript of phone conversation between Plaintiff and COLLEEN GLEASON (Contra Costa County DA's office) on Jan 7, 2020

Gleason: Hello Ms XXX?

Plaintiff: Yes.

Gleason: This is Gleason calling from Contra Costa County DA's office.

Plaintiff: How are you?

Gleason: (00:15) I'm just fine, thank you. I'm calling to respond to your email. I'm the head of sexual assault unit

I just want to discuss with you why we ended up not filing charges. First of all you have any questions right off the bat?

Plaintiff: (00:31) Yeah, I need the detailed reason.

Gleason: (00:37) Sorry, what was that?
Plaintiff: (00:39) I need to the detailed reason for declination.

Gleason: You are breaking up a little bit. Please say one more time.

Plaintiff: I need the detailed reason for rejection to file charges.

Gleason: (00:54) Okay, so the short answer is that, we have an ethical responsibility to only charge cases that we only find probable cause.

He said she said case

In other words, [inaudible] evidence that it would knock off more at that point. I would need evidence to help prove that was not consensual than that is more likely.

Plaintiff: (01:28) But he said each time I said no and resisted.

Gleason: (01:32) Okay. Let's get to that part. All right?

What they actually said

Affects my big thing. Just going to point when they actually don't have that even useful to try different learning styles and messages.

Okay. Again, we don't have any other evidence from things like evidence. The problem is actually eat and enjoy the rest back so that we're having like,

Place his penis inside you

Plaintiff: (02:18) No, he lied.

Gleason: (02:21) Okay. I completely understand. Yeah, but, but that is in the messages and that's not something that you can find happening in the message.

Plaintiff: (02:32) But how come, how come you ignore what I said?

Gleason: (02:38) saying that you weren't upset about our car

Plaintiff: (02:44) Right from the beginning. Do you remember what I said?

Gleason: (02:48) I have read the messages and the problem is that something along the lines of, "I was upset because I found out you were still chasing a bunch of girls. that, you know, jury
Plaintiff: (03:25) If I was simply upset about him chasing other girls. How come I didn't report him six years ago? I didn't report because I didn't know it was a crime.

Gleason: (03:55) Mmm. Rough sex

Plaintiff: (03:57) That's ridiculous. Right before we met in person, I said many times I didn't want to rush to have sex. Did you read my mind?

Gleason: (04:25) I understand you were very upset.

Plaintiff: (04:27) how come you can't prove? You have my words. I said many, many times. I didn't want to have sex. And he said each time I said no and resisted, each time.

Speaker 3: (04:45)
[inaudible]

Plaintiff: (04:55) That's way later. That's way you later.

Plaintiff: That's, that's after he raped me. Not before, I'm sorry.

Speaker 3: (05:31) Yeah,

Speaker 2: (06:10) I did. He's sleeping with other girls. What you said it's what you did with other girls, but say no and resistant. That's the words in my words. He lied. Yeah. She lie. If she didn't lie, how come I asked you whether or not she messed up with another girl? Everything is corroborated because at the right beginning I kept saying, I didn't want to rush to have sex, but how come my words have no power but thing? You take everything he said and every word that I said is meaningless. You have heard

Plaintiff: (08:57) my testimony every time I said no and I resisted.

Speaker 2: (09:10) I did

Speaker 3: (09:22) [inaudible]

Plaintiff: (09:26) the alteration is I said, I kept saying I didn't want to have sex

Speaker 3: (09:37) [inaudible]

Plaintiff: (09:44) because I didn't know it was a crime. Do you do, do you know how many women stay with their abuser? That's very common because I didn't know it's a crime and you can use expert testimony. Your duty is to pursue justice, not to win a case. If I, if I were willing to participate, how come each time I said no and I resist it and how come I kept saying I didn't want to have sex. I didn't want to rush to have sex. That's cooperation and [inaudible] and I also said, he said he wouldn't go inside and he did it. That's rape. He also admitted it, but how come you knowing what can, I said so many times I didn't want to rush to have sex. How come I might if I liked it? How come I asked him? You said, do you understand? If somebody liked it, she would ask them. The target is you don't want to push to justice. You have it. My testimony that there's messages, I don't, I don't care if you believe me or not. I need to speak with Mr Walpole.

Gleason: (13:32) Yeah,

Plaintiff: (13:38) thank you. Thank you so much.