# EXHIBIT 49

(Case No. 2:20-cv-04525)

Transcript of phone conversation between Plaintiff and LAURA PASSAGLIA (Sonoma County DA's office) on Feb 10, 2020

Plaintiff: Hello?

Passaglia: Hi, I'm looking for Ms XXX.

Plaintiff: Yes, speaking.

Passaglia: Hi, this is Passaglia with the district attorney's office in Sonoma County. How are you?

Plaintiff: Good, good. How are you?

Passaglia: Good, thank you. I got your voice mail last week. I wanted to give you a call back. I had a chance to look at the case that was submitted by the police department and I wanted to let you know that unfortunately at this time I'm not able to file any charges.

Plaintiff: What's the reason?

Passaglia: The reason is because we don't have enough evidence to move forward. Especially this case is fairly old from 2013. Reporting them now we don't have any opportunity to do any investigation or find any corroboration. Our opportunity to investigate is missed. At this point all I have is the evidence that you brought forward is your statement which is great. By itself is not enough right now. I don't have enough evidence to corroborate to move forward.

Plaintiff: But suspect said that. He said each time I said no and resisted.

Passaglia: I read , it's not quite from legal perspective. In the same way from personal perspective

I have a very high standard that I have to meet before I can file charges. It's not the judgment how you feel. I understand very much how you feel. There is not enough evidence for me to prove beyond a reasonable doubt. I read all those emails and text messages, everything submitted by the police department. It's not enough for me to say conclusively what exactly occurred.

Plaintiff: What evidence do you need?

Passaglia: There is no opportunity to interview any witnesses and talk to people in real time.