1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **JANE DOE, an individual,** | 2:20-cv-04525-JAK-PVC |
|---|---|
| Plaintiff, | **JUDGMENT IN A CIVIL ACTION** |
| v. | |
| **GAVIN NEWSOM, in his official capacity as the Governor of California;** **XAVIER BECERRA, in his official capacity as the Attorney General of California,** | |
| Defendants. | |

Pursuant to the Court's Order granting Defendants Gavin Newsom and Xavier Becerra's Motion to Dismiss without leave to amend (Dkt. 69), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jane Doe shall recover nothing from Defendants, and no injunction shall issue.  Judgment is entered in Defendants' favor.

**IT IS SO ORDERED.**

Dated: April 7, 2021

_____

John A. Kronstadt
United States District Judge