UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| O. L., AKA Jane Doe,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California and ROB BONTA, in his official capacity as the Attorney General of California,<br><br>　　　　Defendants - Appellees. | No. 21-55362<br><br>D.C. No. 2:20-cv-04525-JAK-PVC<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

　　　The judgment of this Court, entered March 25, 2022, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: David J. Vignol
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7